OPINION — AG — THE COUNTY ELECTION BOARD OF LATIMER COUNTY WILL BE " WITHOUT AUTHORITY TO ISSUE A CERTIFICATE OF ELECTION " TO THE " VICTOR OF THE SEPTEMBER 18TH SPECIAL PRIMARY ELECTION " REFERRED TO BY YOU, UNTIL AFTER THE NOVEMBER 6, 1962 GENERAL ELECTION, AND THAT SAID CERTIFICATES SHOULD BE ISSUED BY ELECTION BOARD " WITHIN TEN (10) DAYS " AFTER THE ELECTION. CITE: 19 O.S. 1961 364 [19-364] (FRED HANSEN)